# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SHANE SCOFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNDMERICA INC.<br><br>Defendant. | CIVIL ACTION FILE NO. 22-cv-627 |

## PLAINTIFF'S NOTICE OF DISMISSAL

The plaintiff files Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    Respectfully submitted,

    **/s/ *Anthony I. Paronich***
    Anthony I. Paronich
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    (508) 221-1510
    anthony@paronichlaw.com

    *Counsel for Plaintiff*

Dated: April 13, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed through the Court's CM/ECF system on April 13, 2022.

    **/s/ *Anthony I. Paronich***
    Anthony I. Paronich