IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00627-KLM

SHANE SCOFIELD, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

FUNDAMERICA INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    In accordance with Plaintiff's **Notice of Dismissal** [#6] filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

    IT IS HEREBY **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall close this case.

    Dated:  April 18, 2022